AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

MATTHEW A. FIELDS

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 4, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)** .

I further state that I am **OFFICER SOMALLI FULLER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER SOMALLI FULLER**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                       City and State

_____        _____
Name & Title of Judicial Officer             Signature of Judicial Officer

**STATEMENT OF FACTS**

On Wednesday, April 4, 2007, at about 4:30 a.m., sworn officers with the Metropolitan Police Department's Sixth District Focus Mission unit were conducting an observation post in the xxxx block of X Xxxxxx, X.X., Washington, D.C. when they saw a female approach the defendant, Matthew Fields, and after a brief conversation, the female gave the defendant an unknown amount of money. The defendant walked over to a green four door Buick, bearing D.C. tag xx xxxx, got inside the car, retrieved a small object from the front passenger side, got out of the car, and handed the female the small object he retrieved from the car. Officers broadcast a lookout for the defendant. The defendant was stopped and positively identified. As officers approached the car, the defendant told officers that they could not search his car. Before entering the car, officers saw a yellow bag containing a green leaf substance on the front passenger side floor. Officers recovered the bag containing the green leaf substance, which field tested positive for THC. A search of the car revealed a Nestle Quik can containing a white rock-like substance, a loaded Glock .40 caliber handgun, a can containing 527 pills of ecstasy, additional ziplock containing a white rock-like substance, and $706.00 in U.S. Currency. The white rock-like substance appeared to be crack cocaine. Also recovered from the car, was mail matter in the defendant's name, and the defendant's wallet. Officers recovered the keys to the car from the defendant. A portion of the white rock-like substance field tested positive for cocaine. Officers placed the defendant under arrest. The amount of the suspected crack cocaine was 10 grams, which is an amount commonly indicating that the defendant was going to sell the suspected crack cocaine to others, rather than use it exclusively for himself.

OFFICER SOMALLI FULLER
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF APRIL, 2007.

U.S. MAGISTRATE JUDGE